Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| ROSA LYDIA VÉLEZ<br><br>v.<br><br>DEPARTAMENTO DE EDUCACIÓN<br><br><br>JULIA FELIZ BARRERA<br><br>Peticionaria | TA2026CE00655 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso número: K PE1980-1738 |

Panel integrado por su presidenta, la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

# **R E S O L U C I Ó N**

En San Juan, Puerto Rico, a 28 de mayo de 2026.

Examinado el escrito titulado *Petition for Certiorari and/or Civil Appeal in the Alternative and Urgent Motion in Aid of Jurisdiction* instado por la peticionaria, Julia Feliz Barrera, el 22 de mayo de 2026, resolvemos que procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari.* Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

En cuanto al escrito titulado *Motion Requesting that the Court of Appeals Require the Court of First Instance to State the Grounds for its Denial of May 20, 2026*, nada que proveer.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones